UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| KELVIN BURDEN, et al. | : | JULY 22, 2005 |

**<u>APPEARANCE</u>**

      To the Clerk of this Court and all parties of record: please enter the appearance of the undersigned Assistant United States Attorney, Stephen B. Reynolds, as counsel for the United States of America in this case and as counsel for the government to whom electronic filing notices should be directed, in lieu of the appearances of former Assistant United States Attorneys Robert M. Appleton and Brian E. Spears.

                                              Respectfully submitted,

                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY

                                              STEPHEN B. REYNOLDS
                                              ASSISTANT UNITED STATES ATTORNEY
                                              FEDERAL BAR NO. CT19105
                                              UNITED STATES ATTORNEY'S OFFICE
                                              915 LAFAYETTE BOULEVARD
                                              BRIDGEPORT, CT 06604
                                              (203) 696-3000
                                              (203) 579-5575 (FAX)
                                              Stephen.Reynolds@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was forwarded this 22nd day of July 2005 to:

Bruce Koffsky, Esq.
1200 Summer Street, #201
Stamford, Connecticut 06905

Jeremiah Donovan, Esq.
P. O. Box 554
Old Saybrook, Connecticut 06475

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, Connecticut 06497

William T. Koch, Esq.
151 Brush Hill Road
Lyme, Connecticut 06731

Peter Truebner, Esq.
111 Prospect Street, No. 206
Stamford, Connecticut 06901

Robert M. Frost, Jr., Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, Connecticut 06604

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY